JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| MONSTER ENERGY COMPANY, fka HANSEN BEVERAGE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEPCO, INC., an Arkansas corporation,<br><br>Defendant. | Case No. 5:18-cv-01470-JGB-KK<br><br>**ORDER REQUIRING ARBITRATION AND STAYING ACTION PENDING COMPLETION OF ARBITRATION**<br><br>Judge: Jesus G. Bernal<br>Magistrate Judge: Kenly Kiya Kato<br>Crtrm: 3<br><br>Complaint Filed: 1/10/18 |

Based upon the stipulation ("**Stipulation**") entered into by Plaintiff Monster Energy Company, formerly known as Hansen Beverage Company ("**Monster**") and Defendant Hepco, Inc. ("**Defendant**") and for good cause shown:

**IT IS HEREBY ORDERED** that Defendant shall arbitrate in accordance with the arbitration provision in the written Distribution Agreements attached as Exhibits 1 and 2 to the Complaint in this matter, including all matters raised in Monster's Demand for Arbitration ("**Demand**") filed against Defendant with JAMS on July 10, 2018.

/ / /

P:01203166:07565.322

1

Case No. 5:18-cv-01470-JGB-KK

ORDER FOR ARBITRATION AND STAY OF PROCEEDINGS

**IT IS FURTHER ORDERED** that this action shall be stayed pending completion of arbitration of all matters raised in the Demand, and the Court will retain jurisdiction over the parties to, and the subject matter of, this action until completion of arbitration of the Demand. Within thirty (30) days of completing the arbitration, the parties shall apprise the Court of the status of the JAMS arbitration.

**IT IS SO ORDERED.**

July 26, 2018
Date

District Judge Jesus G. Bernal